# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF IDAHO

|  |  |
|---|---|
| AMANDA ZOUBI, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING, LLC, a Delaware limited liability company and MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation.<br><br>Defendants. | Case No. 1:18-cv-461-EJL<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

The Court has considered the parties' Stipulation to dismiss this case and, good cause appearing; IT IS HEREBY ORDERED that this action be DISMISSED, with prejudice. All claims against Defendants are dismissed, with each party to bear their respective costs and fees.

DATED: July 9, 2019

Honorable Edward J. Lodge
U.S. District Judge